

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00276-CV

———————————————

IN RE JENNIFER TREGER, TODD DANIEL, AND KERRI REHMEYER,
Relators

Original Proceeding
141st District Court of Tarrant County, Texas
Trial Court No. 141-327449-21

Before Womack, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' "Petition for Immediate Writ of Injunction" and "Emergency Motion for Temporary Relief Pending Determination of Petition for Writ of Injunction" and is of the opinion that relief should be denied. Accordingly, relators' "Petition for Immediate Writ of Injunction" and "Emergency Motion for Temporary Relief Pending Determination of Petition for Writ of Injunction" are denied.

Per Curiam

Delivered: September 9, 2021